Attachments: image001.png

---------- Forwarded message ----------
From: **Shirley Guzman**<sguzman@abcomaintenance.com>

Date: Fri, Feb 12, 2016 at 8:22 PM
Subject: Fwd: Times
To: Shirley Reina <■■■■■■■■■■■■■■■■■■■■>

---------- Forwarded message ----------
From: "Pete G"<pm@abcomaintenance.com>
Date: Feb 12, 2016 9:46 AM
Subject: Times
To: "Shirley Guzman" <sguzman@abcomaintenance.com>, "Tracy Isoldi"<tisoldi@abcomaintenance.com>

As previously been advised any overtime that is not approved will not be paid.
Your shift hours are 10pm to 6:30am, I see you have been punching out past 7:00am. This is not approved and will not be paid.
I appreciate your cooperation in this matter.